**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

GUISELL CECILIA HEALD,

Plaintiff,

v.

DIAGNOSTIC MEDICAL IMAGING, LLC,
SOLANGIE MACHADO,

Defendants.
______________________________________/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, GUISELL CECILIA HEALD, brings this action against Defendants, DIAGNOSTIC MEDICAL IMAGING, LLC and SOLANGIE MACHADO, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff GUISELL CECILIA HEALD was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate communications including, but not limited to, via phone and fax.

4. At all times material hereto, Defendant, DIAGNOSTIC MEDICAL IMAGING, LLC, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of providing medical imaging services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along

with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. Defendant, SOLANGIE MACHADO, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, DIAGNOSTIC MEDICAL IMAGING, LLC; said Defendant acted and acts directly in the interests of Defendant, DIAGNOSTIC MEDICAL IMAGING, LLC, in relation to said co-Defendant's employees. Defendant effectively dominates DIAGNOSTIC MEDICAL IMAGING, LLC administratively or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, SOLANGIE MACHADO was and is an "employer" of the Plaintiff, GUISELL CECILIA HEALD, within the meaning of 29 U.S.C. §203(d).

6. In justifiable reliance upon Defendants' representations and promises, Plaintiff GUISELL CECILIA HEALD accepted employment and began working for Defendants as an insurance verifier.

7. During Plaintiff's employment, Defendants did not pay Plaintiff the full and proper overtime wages of 1.5 times her regular hourly rate for all hours worked over 40 each week.

8. The records, if any, concerning the date range of Plaintiff's employment, the number of hours Plaintiff actually worked, and the compensation actually paid to Plaintiff are in the possession and/or control of Defendants; however, Plaintiff has attached a statement of claim as Exhibit A to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

9. Defendants have knowingly and willfully refused to pay Plaintiff her legally-entitled wages.

10. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

11. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

12. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-11 above as if set forth herein in full.

13. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

14. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

______________________________
Elliot Kozolchyk, Esquire
Bar No.: 74791