# Elliot Kozolchyk

| | |
|---|---|
| **From:** | gilmourlaw@aol.com |
| **Sent:** | Thursday, September 1, 2016 11:10 AM |
| **To:** | ekoz@kozlawfirm.com; pdauz@kozlawfirm.com; djm@morgado.us; amg@morgado.us |
| **Subject:** | Mediation invoice |
| **Attachments:** | mediation invoice.pdf |

Pursuant to Judge Williams Order (ECF #29) attached is my invoice for the mediation. Please forward payment. The report was filed and is ECF #30. Thank you

Kimberly A. Gilmour, Esq.
4179 Davie Road -Suite 101
Davie, FL 33314
954-584-6460 tel.
954-584-3552 fax
954-494-4240 cell
Attorney at Law
Certified Civil Mediator - State and Federal
Arbitrator
"Employment Answer Person"


The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

# EXHIBIT A

Kimberly A. Gilmour, P.A.
4179 Davie Road – Suite 101
Davie, FL 33314
Telephone: (954) 584-6460
Facsimile: (954) 584-3552

Florida Supreme Court Certified Civil Mediator
Arbitrator
Email: Gilmourlaw@aol.com

**MEDIATION INVOICE**

Statement No.: 2016-563-M

September 1, 2016

Elliot Kozolchyk, Esq.
Koz Law. P.A.
320 S.E. 9th St.
Ft. Lauderdale, FL  33316

Dale J. Morgado, Esq.
600 Third Ave., Second Fl.
New York, NY  10016

Re:   Case Name: Heald vs. Diagnostic Medical Imaging, LLC and Machado
      CASE NO: 16-cv-60503 KMW

   Mediation Scheduled for:  September 1, 2016 at 10:00 am

| | |
|---|---|
| Deposit Due Each Side $300.00 x 2 hours | $ 600.00 |
| Administrative Fee (each party) | $   50.00 |
| Travel Time | $ |
| Cancellation Fee (each party) | $ |
| Total | $ 650.00 |

Deposit of $650.00 to be split between the parties.  $325.00 due from each party upon receipt of invoice.    Kimberly A. Gilmour, P.A., Tax I.D. #65-1026359.

PAYMENT DUE UPON RECEIPT OF INVOICE
THANK YOU

# EXHIBIT A
