UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-60503-WILLIAMS

GUISELL CECILIA HEALD,

    Plaintiff,

v.

DIAGNOSTIC MEDICAL IMAGING, LLC, et al.,

    Defendants.
_____/

## ORDER SCHEDULING SECOND MEDIATION

The seond mediation conference in this matter shall be held with **Kimberly A. Gilmour, Esq.** at 4179 Davie Road, Suite 101, Davie, FL 33314, on **October 17, 2016 at 10:00 a.m.**

This date shall not be rescheduled without leave of Court. The parties are responsible for ensuring that within seven (7) days following the mediation conference, a mediation report is filed, indicating whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in chambers in Miami, Florida, this 13th day of September, 2016.

                                                      KATHLEEN M. WILLIAMS
                                                      UNITED STATES DISTRICT JUDGE