**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 16-cv-60503-Williams/Simonton

GUISELL CECILIA HEALD,

Plaintiff,

v.

DIAGNOSTIC MEDICAL IMAGING, LLC,
SOLANGIE MACHADO,

Defendants.
_______________________________________/

## MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT

Plaintiff submits the Parties' settlement agreement as Exhibit A for the Court's review and approval, seek the Court's dismissal of this case with prejudice, seek the Court's reservation of jurisdiction to enforce the terms of the settlement agreement, and in support thereof, states the following:

In the Eleventh Circuit, a compromise of an FLSA claim must either be supervised by the Secretary of Labor or must be approved by the District Court. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d at 1350 (11th Cir. 1982). To approve the settlement, the court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id.* at 1354. If the settlement terms meet the aforementioned criteria, the Court should approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.*; *see also Sneed v. Sneed's Shipbuilding, Inc.*, 545 F.2d 537, 539 (5th Cir. 1977).

In order to avoid the costs and uncertainty of litigation, the parties have negotiated a settlement in this matter. Counsel have engaged in extensive settlement negotiations. Defendants dispute the number of hours Plaintiff claims she worked, that Plaintiff was a non-exempt employee, that the Fair Labor Standards Act applies to Defendants, and that Plaintiff was paid

improperly for any hours that Plaintiff worked. As such, the Parties' settlement agreement represents a fair and reasonable compromise of a disputed claim.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order: (1) approving the terms of the settlement agreement, (2) dismissing this action with prejudice, and (3) reserving jurisdiction to enforce the terms of the settlement agreement.

Dated: October 24, 2016

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Tel: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

/s/ Elliot Kozolchyk
Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 24, 2016 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

/s/ Elliot Kozolchyk
Elliot Kozolchyk, Esq.

## SERVICE LIST

Dale J. Morgado, Esq.
*Counsel for Defendants*
600 Third Avenue, Second Floor
New York, New York 10016
Phone: (855) 8999121
Fax: (855) 4999191
Email: djm@morgado.us