**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 16-cv-60503-WILLIAMS**

GUISELL CECILIA HEALD,

Plaintiff,

v.

DIAGNOSTIC MEDICAL IMAGING, LLC, et al.,

Defendants.
_________________________________/

# ORDER

**THIS MATTER** is before the Court on Plaintiff's motion for approval of Parties' Settlement Agreement. (DE 49).

In this Fair Labor Standards Act (FLSA) action, Plaintiff requests that the Court approve the Parties' Settlement Agreement. To approve the Settlement Agreement, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

The Settlement Agreement provides that Plaintiff Guisell Cecilia Heald will receive $15,800.00. Plaintiff's counsel will receive $14,200.00 in fees and costs. The Court finds that the compromise reached by the Parties in the Settlement Agreement is

a fair and reasonable resolution of this dispute. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) The Parties' Settlement Agreement (DE 49-1) is **APPROVED**.

(2) This action is **DISMISSED WITH PREJUDICE** each side to bear its own fees and costs except as otherwise provided in the Settlement Agreement.

(3) All pending motions are **DENIED AS MOOT.**

(4) The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 24th day of October, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE